**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KEENAN, DAVID JAMES § Case No. 13-47215
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 10, 2013. The undersigned trustee was appointed on December 10, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      88,223.95

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 91.08 |
| Bank service fees | 2,646.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 85,486.17 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/29/2014 and the deadline for filing governmental claims was 10/29/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,661.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,661.20, for a total compensation of $7,661.20.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/20/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-47215  
**Case Name:** KEENAN, DAVID JAMES  

**Period Ending:** 12/20/16

**Trustee:** (330640)    THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 12/10/13 (f)  
**§341(a) Meeting Date:** 01/06/14  
**Claims Bar Date:** 10/29/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 39W681 Howard Square, Geneva IL 60134 value of $ | 169,500.00 | 0.00 | | 0.00 | FA |
| 2 | First American Bank Checking Account<br>    First American Bank Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 3 | First American Bank Checking Account. Used sole<br>    First American Bank Checking Account. Used solely for Social Security Deposits | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Kane County Teachers Credit Union Checking Accou<br>    Kane County Teachers Credit Union Checking Account | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Kane County Teachers Credit Union Savings Accoun<br>    Kane County Teachers Credit Union Savings Account | 12.50 | 0.00 | | 0.00 | FA |
| 6 | E-Trade Brokerage Account<br>    E-Trade Brokerage Account | 10.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furniture<br>    Household goods and furniture | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing<br>    Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding ring and watch<br>    Wedding ring and watch | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | Whole Life Insurance Policy with Allianz. Curre<br>    Whole Life Insurance Policy with Allianz. Current cash surrender value of $877.47 per July, 2013 statement | 877.47 | 0.00 | | 0.00 | FA |
| 11 | Term Life insurance policy with Protective Life<br>    Term Life insurance policy with Protective Life | 0.00 | 0.00 | | 0.00 | FA |
| 12 | IRA/Rollover Plan with American Funds<br>    IRA/Rollover Plan with American Funds | 196,153.07 | 0.00 | | 0.00 | FA |
| 13 | IRA Plan with Prudential<br>    IRA Plan with Prudential | 60,301.01 | 0.00 | | 0.00 | FA |
| 14 | Allianz Life Insurance Co of NA IRA Annuity Fund<br>    Allianz Life Insurance Co of NA IRA Annuity Fund | 226,269.30 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-47215  
**Case Name:** KEENAN, DAVID JAMES  

**Period Ending:** 12/20/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 12/10/13 (f)  
**§341(a) Meeting Date:** 01/06/14  
**Claims Bar Date:** 10/29/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Comdisco Holding Rights (CDCOR) shares of about Comdisco Holding Rights (CDCOR) shares of about 64,000 value per stock price ($0.066) as of 12/9/13 | 4,224.00 | 4,774.00 | | 4,414.78 | FA |
| 16 | Account Receivable from First Financial Corporat Account Receivable from First Financial Corporate Services | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | Estimated $700.00 owed from the Estate of Jerry Estimated $700.00 owed from the Estate of Jerry Keenan | 700.00 | 0.00 | | 0.00 | FA |
| 18 | Settlement re: Comdisco Litigation Trustee (u) | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 19 | Settlement re: Debtor and Comdisco Litigation (u) Trustee. Assignment of Debtor's Contingent Distribution Rights | 62,086.24 | 62,086.24 | | 63,809.17 | FA |
| 19 | **Assets** **Totals** (Excluding unknown values) | **$746,508.59** | **$86,860.24** | | **$88,223.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee sold the stock/contingent distribution rights back to Comdisco. After Order approving sale, there was a delay in actual tendering of the certificate to Comdisco as a medallion guarantee was required and no bank would issue such a guarantee because the underlying bank account was not a their bank(s). The Comdisco representative finally spoke with their represenataive at Computershare and another type of exection of the certificate was allowed. Trustee's accountant is currently preparing estate tax returns. After prompt determination letter received, Trustee will file the Final Report.

**Initial Projected Date Of Final Report (TFR):** May 15, 2015      **Current Projected Date Of Final Report (TFR):** March 20, 2017

Exhibit B

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 13-47215  
**Case Name:** KEENAN, DAVID JAMES  

**Taxpayer ID #:** **-***2552  
**Period Ending:** 12/20/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********88 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/04/14 | {18} | DAVID J. KEENAN | Settlement Payment Comdisco Litigation Trustee pursuant to Order approving - entered 9/19/14. | 1249-000 | 20,000.00 | | 20,000.00 |
| 09/04/14 | {19} | COMDISCO, INC. | Liquidation of Personal Property | 1249-000 | 62,086.24 | | 82,086.24 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 102.33 | 81,983.91 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.88 | 81,862.03 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 117.78 | 81,744.25 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.52 | 81,622.73 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.36 | 81,501.37 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 48.77 | 81,452.60 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 109.44 | 81,343.16 |
| 03/17/15 | {19} | COMPUTERSHAR, INC. | Liquidation of Personal Property | 1223-000 | 1,722.93 | | 83,066.09 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 122.21 | 82,943.88 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 82,943.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 83,809.17 | 83,809.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 82,943.88 | |
| | | | **Subtotal** | | 83,809.17 | 865.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$83,809.17** | **$865.29** | |

{} Asset reference(s)

Printed: 12/20/2016 02:57 PM    V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-47215  
**Case Name:** KEENAN, DAVID JAMES  

**Taxpayer ID #:** **-***2552  
**Period Ending:** 12/20/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****921966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 82,943.88 | | 82,943.88 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.25 | 82,816.63 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.11 | 82,697.52 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.98 | 82,582.54 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.67 | 82,451.87 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.33 | 82,337.54 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #13-47215, Bond Premium | 2300-000 | | 42.31 | 82,295.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.17 | 82,181.06 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.71 | 82,051.35 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.77 | 81,937.58 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.61 | 81,823.97 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.12 | 81,694.85 |
| 07/22/16 | {15} | Comdisco, Inc. | Liquidation of Personal Property | 1223-000 | 4,414.78 | | 86,109.63 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.75 | 85,994.88 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.68 | 85,859.20 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.15 | 85,736.05 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.88 | 85,617.17 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.00 | 85,486.17 |
| | | | ACCOUNT TOTALS | | 87,358.66 | 1,872.49 | $85,486.17 |
| | | | Less: Bank Transfers | | 82,943.88 | 0.00 | |
| | | | **Subtotal** | | 4,414.78 | 1,872.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,414.78** | **$1,872.49** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ********88 | 83,809.17 | 865.29 | 0.00 |
| Checking # ****921966 | 4,414.78 | 1,872.49 | 85,486.17 |
| | $88,223.95 | $2,737.78 | $85,486.17 |

{} Asset reference(s)

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 29, 2014

**Case Number:** 13-47215　　　　　　　　　　　　　　　　　Page: 1　　　　　　　　　**Date:** December 20, 2016
**Debtor Name:** KEENAN, DAVID JAMES　　　　　　　　　　　　　　　　　　　　　　　　　　**Time:** 02:57:25 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $7,661.20 | $0.00 | 7,661.20 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $8,043.00 | $0.00 | 8,043.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $47.15 | $0.00 | 47.15 |
| 200 | LOIS WEST, CPA<br>POPOWCER KATTEN, LTD.<br>35 E. Wacker Srive, Suite #1550<br>Chicago, IL 60601 | Admin Ch. 7 | | $1,504.50 | $0.00 | 1,504.50 |
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>ADAMS LEVINE<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Admin Ch. 7 | Bond Payment | $48.77 | $48.77 | 0.00 |
| 1 610 | John W. Costello, as Litigation Tr./Comdisco Lit. Trust<br>Edwards, Wildman Palmer LLP<br>225 W. Wacker Dr., Ste #3000<br>Chicago, IL 60606 | Unsecured | | $2,321,461.30 | $0.00 | 2,321,461.30 |
| 2 610 | Davis McGrath LLC<br>125 South Wacker Drive<br>Suite 1700<br>Chicago, IL 60606 | Unsecured | Claim withdrawn 9/25/14 | $0.00 | $0.00 | 0.00 |
| 3 610 | Davis McGrath LLC and Figliulo and Silverman, P.C.<br>125 S. Wacker Drive, Suite 1700<br>Chicago, IL 60606-4478 | Unsecured | | $60,338.81 | $0.00 | 60,338.81 |
| 4 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $500.00 | $0.00 | 500.00 |
| **<< Totals >>** | | | | 2,399,604.73 | 48.77 | 2,399,555.96 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-47215
Case Name: KEENAN, DAVID JAMES
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 85,486.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 85,486.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 7,661.20 | 0.00 | 7,661.20 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 8,043.00 | 0.00 | 8,043.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 47.15 | 0.00 | 47.15 |
| Accountant for Trustee, Fees - LOIS WEST, CPA | 1,504.50 | 0.00 | 1,504.50 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 48.77 | 48.77 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 17,255.85
Remaining balance: $ 68,230.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 68,230.32

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00
Remaining balance:   $      68,230.32

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,382,300.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | John W. Costello, as Litigation Tr./Comdisco Lit. Trust | 2,321,461.30 | 0.00 | 66,487.87 |
| 2 | Davis McGrath LLC | 0.00 | 0.00 | 0.00 |
| 3 | Davis McGrath LLC and Figliulo and Silverman, P.C. | 60,338.81 | 0.00 | 1,728.13 |
| 4 | Capital Recovery V, LLC | 500.00 | 0.00 | 14.32 |

Total to be paid for timely general unsecured claims:   $      68,230.32
Remaining balance:   $            0.00

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**