**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| DAVID JAMES KEENAN, | ) | Case No.: | 13-47215 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Donald R. Cassling |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**Cover Sheet for Application for Professional Compensation**

Name of Applicant(s):   **Thomas E. Springer, Esq. and the law firm of Springer Brown, LLC**

Authorized to Provide Professional Services to: **Thomas E. Springer, Trustee of the Estate of David James Keenan, Chapter 7 Bankruptcy No. 13-47215.**

Date of Order Authorizing Employment:   **August 1, 2014**

Period for which Compensation is Sought: **July 14, 2014 through December 13, 2016**

Amount of Fees Sought:                                        **$ 8,043.00**

Amount of Expense Reimbursement Sought:       **$     47.15**

This is an:      Interim Application ___         Final Application __X__

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is: $____**-0-**_____.

**In Re: David James Keenan**
   **Chapter 7 no. 13-47215**
   **Cover Sheet for Application for Professional Compensation by Trustee's General Counsel**
   **(PAGE TWO of TWO)**

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney **(TES)** | $375.00 (2014) | 10.0 | $ 3,750.00 |
|  | $425.00 (2014) | 0.5 | $ 212.50 |
|  | $430.00 (2016) | 4.1 | $ 1,763.00 |
| Elizabeth A. Bates, Attorney **(EAB)** | $405.00 (2016) | 0.1 | $ 40.50 |
| Richard G. Larsen, Attorney **(RGL)** | $405.00 (2016) | 1.0 | $ 405.00 |
| Michele M. Springer, Attorney **(MMS)** | $325.00 (2014) | 1.2 | $ 390.00 |
|  | $380.00 (2016) | 3.9 | $1,482.00 |
|  | **TOTALS** | **20.8** | **$ 8,043.00** |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: December 13, 2016    Respectfully Submitted,
APPLICANT
Thomas E. Springer, Trustee

BY: Springer Brown, LLC

By:   /s/ Thomas E. Springer
Thomas E. Springer
One of His Attorneys

Thomas E. Springer, Trustee
Springer Brown, LLC
Wheaton Office Center
300 S. County Farm Road, Suite I
Wheaton, IL  60187
(630) 510-0000

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| DAVID JAMES KEENAN, | ) | Case No.: | 13-47215 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Donald R. Cassling |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer Brown, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

**I. INTRODUCTION**

This Application encompasses the time period from July 14, 2014 through preparation of Applicant's current Final Fee Application, December 13, 2016. The Application represents 20.8 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $8,043.00 and $47.15 for actual and necessary unreimbursed expenses.

On December 10, 2013, the above named Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code and Thomas E. Springer was appointed as the duly authorized Trustee and continues to serve in that capacity. On August 1, 2014, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills

and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II. CASE STATUS AND NARRATIVE OF LEGAL SERVICES

Prior to the filing of the bankruptcy, the Debtor was a defendant in two state court actions filed by John W. Costello, not individually, but solely as the Litigation Trustee for the Comdisco Litigation Trust (the "Comdisco Litigation Trustee") for enforcement of a promissory note and the second to avoid a fraudulent transfer. (Case Nos 05 L 1405 and 07 L 2654 both pending in the Circuit Court of Cook County). Both the Trustee and Comdisco Litigation Trustee conducted investigations into the Debtor's assets and financial transactions for possible avoidable conveyances. Additionally, the Litigation Trustee sought and received from this Court extension of the deadline within which to object to exemptions and object to discharge and dischargeability. As part of its ongoing investigation into the potential for the filing of said objections, counsel for the Litigation Trustee apprised and worked with the Trustee regarding its findings and conclusions regarding potential objections to discharge and/or dischargeability and any potentially avoidable conveyances (herein the "Potential Claims").

In an effort to resolve the Potential Claims without the costs of litigation, the Trustee and Comdisco Litigation Trustee and the Debtor reached a settlement to allow the Debtor to pay the Bankruptcy estate the lump sum of $20,000.00 for global resolution of all the Potential Claims.

On August 29, 2014, Applicant filed a Motion to Approve the Compromise and on September 19, 2014, the Order approving the compromise was entered by this Court.

As a result of this Compromise and Settlement, Comdisco issued the Debtor's 64,000 Contingent Distribution Rights for Comdisco Holding Company, Inc. to the Trustee. (hereinafter "Comdisco CDR's"). The Comdisco CDR's was listed on the Debtor's Schedule "B" listed, *inter alia*, with a per stock price ($0.066) as of 12/9/13, with a fair market value of $4,224.00.

In 2014, Applicant investigated the ability to sell the Comdisco CDR's but was informed by a broker that these shares/rights were not publicly traded as classified "penny stock" and thus ability to sell the Comdisco CDR's on the open market was restricted. Accordingly, in 2014, Applicant contacted Comdisco directly in an attempt to sell the Comdisco CDR's back to Comdisco. At that time, however, due to the ongoing and pending Comdisco Chapter 11, Comdisco was not in a position to offer purchase of the Comdisco CDR's.

In January, 2016, the Trustee spoke again with an attorney for the Comdisco Litigation Trustee who informed him that Comdisco was now able and willing to purchase the Comdisco CDR's. Applicant contacted Comdisco and they offered to purchase the Comdisco CDR's at the price of $0.68981 per right which amount totals $4,414.78.

On March 25, 2016, Applicant filed a Motion to Approve the Compromise and on April 15, 2016, the Order approving the compromise was entered by this Court.

Applicant received transfer instructions from the Comdisco representative which transfer included the Trustee obtaining a medallion signature guarantee. The Trustee was unable to find a bank that was willing to issue the medallion signature guarantee and after months of attempting to get such a medallion signature guarantee, the representative from Comdisco indicated that an alternative method of transfer was available and the Trustee completed said alternative transfer.

The Trustee reviewed the claims filed and supporting documents and no objections thereto were necessary. Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate. Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as *Exhibit "A"*. An itemization of the reasonable and necessary expenses Applicant incurred is also attached as *Exhibit "B"*. Applicant's request for reimbursement of

expenses does not include any of the ordinary operating expenses of Applicant's practice of law.

Applicant is requesting reimbursement of photocopy charges at the rate of 10¢ per copy.

Applicant's expense request does not include any long distance telephone service charges.

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $8,043.00 and reimbursement of actual and necessary expenses in the amount of $47.15 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such compensation and for any such other and further relief as this Court deems just and equitable.

DATE: December 13, 2016					Respectfully Submitted,

							APPLICANT

							Thomas E. Springer, Trustee

							BY: Springer Brown, LLC

							By:    /s/ Thomas E. Springer
							       Thomas E. Springer
							       One of His Attorneys

Thomas E. Springer
Springer Brown, LLC
Wheaton Office Center
300 S. County Farm Road, Suite I
Wheaton, IL  60187
(630) 510-0000