IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter:  7 |
| | ) | |
| DAVID JAMES KEENAN, | ) | Case No.:  13-47215 |
| | ) | |
| Debtor. | ) | Judge:  Hon. Donald R. Cassling |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:                           Lois West and Popowcer Katten, Ltd.,

Authorized to Provide                        Thomas E. Springer, Chapter 7 Trustee
Professional Service to:

Date of Order Authorizing Employment:   December 2, 2016

Period for Which                             November 22, 2016 through November 23, 2016
Compensation is Sought:

Amount of Fees Sought:                       $ 1,504.50

Amount of Expense
Reimbursement Sought:                        $   0.00

This is a:                                   First and Final Application for Compensation

If this is *not* the first application filed herein by this, disclose as to all prior fee applications: N/A

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $ N/A

DATE: December 23, 2016         Applicant:  Lois West, CPA

                                BY: Springer Brown, LLC

                                By:    /s/ Michele M. Springer
                                       Michele M. Springer
                                       Attorney to the Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Chapter: | 7 |
| ) | | |
| DAVID JAMES KEENAN, ) | Case No.: | 13-47215 |
| ) | | |
| Debtor. ) | Judge: | Hon. Donald R. Cassling |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
AND EXPENSES AS ACCOUNTANT TO THE CHAPTER 7 TRUSTEE**

NOW COMES Thomas E. Springer, Trustee (herein the "Trustee") by and through his counsel, Springer Brown, LLC, and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for Lois West and the Firm of Popowcer Katten, Ltd., as Accountant to the Trustee, (hereinafter "Applicant") pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, states as follows:

## I. JURISDICTION AND NARRATIVE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

2. This request for relief is predicated on §330 of the Bankruptcy Code.

3. On December 10, 2013, the above Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code and Thomas E. Springer was duly appointed as the Trustee and continues to serve in that capacity.

4. On December 2, 2016 an Order was entered authorizing the employment of Applicant, to serve as the Accountant for the Trustee. Applicant has not received any compensation or reimbursement of expenses in this matter.

5. Applicant requests $1,504.50 in compensation for services performed in the preparation of the estates' Federal and Illinois tax returns for the years 2014 and 2016.

6. Attached as *Exhibit A* is a detailed list of the services rendered.

7. Based on the nature and value of services performed by the Applicant, the results achieved and the costs of comparable services, the compensation sought is fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented or held an interest adverse to Estate with respect to matters in which Applicant was employed.

**WHEREFORE,** Applicant, Lois West and the Firm of Popowcer Katten, Ltd. respectfully requests that he be awarded reasonable compensation in the amount of $1,504.50 for services rendered in this case as Accountant to the Trustee

DATE: December 23, 2016          Respectfully Submitted,

                                 Applicant: Lois West, CPA

                                 BY: Springer Brown, LLC

                                 By:   /s/ Michele M. Springer
                                       Michele M. Springer
                                       Attorney to the Trustee

Michele M. Springer
Thomas E. Springer
Springer Brown, LLC
Wheaton Office Center
300 S. County Farm Road, Suite I
Wheaton, IL  60187
(630) 510-0000