UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **DAVID JAMES KEENAN** | ) | Bankruptcy No. 13-47215 DRC |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 6, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

RYAN KEENAN
405 Ewing Drive
Pleasanton, CA 94566

**VIA REGULAR MAIL**

KEENAN, DAVID JAMES
39W681 HOWARD SQUARE
GENEVA, IL 60134

LOIS WEST, CPA
POPOWCER KATTEN, LTD.
35 E. Wacker Srive, Suite #1550
Chicago, IL 60601

John W. Costello, as Litigation Tr./Comdisco Lit. Trust
Edwards, Wildman Palmer LLP
225 W. Wacker Dr., Ste #3000
Chicago, IL 60606

Davis McGrath LLC and Figliulo and Silverman, P.C.
125 S. Wacker Drive, Suite 1700
Chicago, IL 60606-4478

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000