## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: KEENAN, DAVID JAMES | § | Case No. 13-47215 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $660,198.35
*(without deducting any secured claims)*

Assets Exempt:  $841,850.85

Total Distribution to Claimants: $68,230.32

Claims Discharged
Without Payment: $2,314,069.79

Total Expenses of Administration: $19,993.63

3)  Total gross receipts of $      88,223.95     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00     (see **Exhibit 2**), yielded net receipts of  $88,223.95 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,993.63 | 19,993.63 | 19,993.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,356,057.11 | 2,382,300.11 | 2,382,300.11 | 68,230.32 |
| **TOTAL DISBURSEMENTS** | $2,356,057.11 | $2,402,293.74 | $2,402,293.74 | $88,223.95 |

4)  This case was originally filed under Chapter 7 on December 10, 2013. The case was pending for 45 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2017          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Comdisco Holding Rights (CDCOR) shares of about | 1223-000 | 4,414.78 |
| Settlement re: Comdisco Litigation Trustee | 1249-000 | 20,000.00 |
| Settlement re: Debtor and Comdisco Litigation | 1223-000 | 63,809.17 |
| **TOTAL GROSS RECEIPTS** | | $88,223.95 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 7,661.20 | 7,661.20 | 7,661.20 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 8,043.00 | 8,043.00 | 8,043.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 47.15 | 47.15 | 47.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - LOIS WEST, CPA | 3410-000 | N/A | 1,504.50 | 1,504.50 | 1,504.50 |
| Other - ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 48.77 | 48.77 | 48.77 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 102.33 | 102.33 | 102.33 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 121.88 | 121.88 | 121.88 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 117.78 | 117.78 | 117.78 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 121.52 | 121.52 | 121.52 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 121.36 | 121.36 | 121.36 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 109.44 | 109.44 | 109.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 127.25 | 127.25 | 127.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 119.11 | 119.11 | 119.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 114.98 | 114.98 | 114.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 130.67 | 130.67 | 130.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 114.33 | 114.33 | 114.33 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 42.31 | 42.31 | 42.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 114.17 | 114.17 | 114.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 129.71 | 129.71 | 129.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 113.77 | 113.77 | 113.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 113.61 | 113.61 | 113.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 129.12 | 129.12 | 129.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 114.75 | 114.75 | 114.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 135.68 | 135.68 | 135.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 123.15 | 123.15 | 123.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 118.88 | 118.88 | 118.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 131.00 | 131.00 | 131.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 122.21 | 122.21 | 122.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $19,993.63 | $19,993.63 | $19,993.63 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | John W. Costello, as Litigation Tr./Comdisco Lit. | 7100-000 | 2,295,218.30 | 2,321,461.30 | 2,321,461.30 | 66,487.87 |
| 2 | Davis McGrath LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 | Davis McGrath LLC and Figliulo and Silverman, P.C. | 7100-000 | 60,338.81 | 60,338.81 | 60,338.81 | 1,728.13 |
| 4 | Clerk of the Bankruptcy Court - Capital Recovery V, | 7100-001 | 500.00 | 500.00 | 500.00 | 14.32 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,356,057.11 | $2,382,300.11 | $2,382,300.11 | $68,230.32 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-47215

**Case Name:** KEENAN, DAVID JAMES

**Period Ending:** 09/01/17

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE

**Filed (f) or Converted (c):** 12/10/13 (f)

**§341(a) Meeting Date:** 01/06/14

**Claims Bar Date:** 10/29/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 39W681 Howard Square, Geneva IL 60134 value of $ | 169,500.00 | 0.00 | | 0.00 | FA |
| 2 | First American Bank Checking Account<br>First American Bank Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 3 | First American Bank Checking Account. Used sole<br>First American Bank Checking Account. Used solely for Social Security Deposits | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Kane County Teachers Credit Union Checking Accou<br>Kane County Teachers Credit Union Checking Account | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Kane County Teachers Credit Union Savings Accoun<br>Kane County Teachers Credit Union Savings Account | 12.50 | 0.00 | | 0.00 | FA |
| 6 | E-Trade Brokerage Account<br>E-Trade Brokerage Account | 10.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furniture<br>Household goods and furniture | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing<br>Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding ring and watch<br>Wedding ring and watch | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | Whole Life Insurance Policy with Allianz. Curre<br>Whole Life Insurance Policy with Allianz. Current cash surrender value of $877.47 per July, 2013 statement | 877.47 | 0.00 | | 0.00 | FA |
| 11 | Term Life insurance policy with Protective Life<br>Term Life insurance policy with Protective Life | 0.00 | 0.00 | | 0.00 | FA |
| 12 | IRA/Rollover Plan with American Funds<br>IRA/Rollover Plan with American Funds | 196,153.07 | 0.00 | | 0.00 | FA |
| 13 | IRA Plan with Prudential<br>IRA Plan with Prudential | 60,301.01 | 0.00 | | 0.00 | FA |
| 14 | Allianz Life Insurance Co of NA IRA Annuity Fund<br>Allianz Life Insurance Co of NA IRA Annuity Fund | 226,269.30 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-47215
**Case Name:** KEENAN, DAVID JAMES

**Period Ending:** 09/01/17

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 12/10/13 (f)
**§341(a) Meeting Date:** 01/06/14
**Claims Bar Date:** 10/29/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 15 | Comdisco Holding Rights (CDCOR) shares of about<br>  Comdisco Holding Rights (CDCOR) shares of about<br>64,000 value per stock price ($0.066) as of 12/9/13 | 4,224.00 | 4,774.00 | | 4,414.78 | FA |
| 16 | Account Receivable from First Financial Corporat<br>  Account Receivable from First Financial Corporate<br>Services | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | Estimated $700.00 owed from the Estate of Jerry<br>  Estimated $700.00 owed from the Estate of Jerry<br>Keenan | 700.00 | 0.00 | | 0.00 | FA |
| 18 | Settlement re: Comdisco Litigation Trustee  (u) | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 19 | Settlement re: Debtor and Comdisco Litigation  (u)<br>  Trustee.  Assignment of Debtor's Contingent<br>Distribution Rights | 62,086.24 | 62,086.24 | | 63,809.17 | FA |
| **19** | **Assets**    **Totals** (Excluding unknown values) | **$746,508.59** | **$86,860.24** | | **$88,223.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee sold the stock/contingent distribution rights back to Comdisco.  After Order approving sale, there was a delay in actual tendering of the certificate to Comdisco as a medallion guarantee was required and no bank would issue such a guarantee because the underlying bank account was not a their bank(s).  The Comdisco representative finally spoke with their representaive at Computershare and another type of exection of the certificate was allowed.  Trustee's accountant is currently preparing estate tax returns.   After prompt determination letter received, Trustee will file the Final Report.

**Initial Projected Date Of Final Report (TFR):**     May 15, 2015

**Current Projected Date Of Final Report (TFR):**     December 23, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-47215 | **Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Case Name:** KEENAN, DAVID JAMES | **Bank Name:** ASSOCIATED BANK |
| | **Account:** ********88 - Checking Account |
| **Taxpayer ID #:** **-***2552 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/01/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/14 | {18} | DAVID J. KEENAN | Settlement Payment Comdisco Litigation Trustee pursuant to Order approving - entered 9/19/14. | 1249-000 | 20,000.00 | | 20,000.00 |
| 09/04/14 | {19} | COMDISCO, INC. | Liquidation of Personal Property | 1249-000 | 62,086.24 | | 82,086.24 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 102.33 | 81,983.91 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.88 | 81,862.03 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 117.78 | 81,744.25 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.52 | 81,622.73 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.36 | 81,501.37 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 48.77 | 81,452.60 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 109.44 | 81,343.16 |
| 03/17/15 | {19} | COMPUTERSHAR, INC. | Liquidation of Personal Property | 1223-000 | 1,722.93 | | 83,066.09 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 122.21 | 82,943.88 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 82,943.88 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 83,809.17 | 83,809.17 | $0.00 |
| Less: Bank Transfers | 0.00 | 82,943.88 | |
| **Subtotal** | 83,809.17 | 865.29 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $83,809.17 | $865.29 | |

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 13-47215
**Case Name:** KEENAN, DAVID JAMES

**Taxpayer ID #:** **-***2552
**Period Ending:** 09/01/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ****921966 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 82,943.88 | | 82,943.88 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.25 | 82,816.63 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.11 | 82,697.52 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.98 | 82,582.54 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.67 | 82,451.87 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.33 | 82,337.54 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #13-47215, Bond Premium | 2300-000 | | 42.31 | 82,295.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.17 | 82,181.06 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.71 | 82,051.35 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.77 | 81,937.58 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.61 | 81,823.97 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.12 | 81,694.85 |
| 07/22/16 | {15} | Comdisco, Inc. | Liquidation of Personal Property | 1223-000 | 4,414.78 | | 86,109.63 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.75 | 85,994.88 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.68 | 85,859.20 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.15 | 85,736.05 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.88 | 85,617.17 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.00 | 85,486.17 |
| 02/17/17 | 10102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $8,043.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,043.00 | 77,443.17 |
| 02/17/17 | 10103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $47.15, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 47.15 | 77,396.02 |
| 02/17/17 | 10104 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $7,661.20, Trustee Compensation;  Reference: | 2100-000 | | 7,661.20 | 69,734.82 |
| 02/17/17 | 10105 | LOIS WEST, CPA | Dividend paid 100.00% on $1,504.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,504.50 | 68,230.32 |
| 02/17/17 | 10106 | John W. Costello, as Litigation Tr./Comdisco Lit. Trust | Dividend paid 2.86% on $2,321,461.30; Claim# 1; Filed: $2,321,461.30; Reference: | 7100-000 | | 66,487.87 | 1,742.45 |
| 02/17/17 | 10107 | Davis McGrath LLC and Figliulo and Silverman, P.C. | Dividend paid 2.86% on $60,338.81; Claim# 3; Filed: $60,338.81; Reference: | 7100-000 | | 1,728.13 | 14.32 |
| 02/17/17 | 10108 | Capital Recovery V, LLC | Dividend paid 2.86% on $500.00; Claim# 4; Filed: $500.00; Reference: Stopped on 07/14/17 | 7100-000 | | 14.32 | 0.00 |
| 07/14/17 | 10108 | Capital Recovery V, LLC | Dividend paid 2.86% on $500.00; Claim# 4; Filed: $500.00; Reference: | 7100-000 | | -14.32 | 14.32 |

Subtotals :  $87,358.66  $87,344.34

{} Asset reference(s)

Printed: 09/01/2017 01:16 PM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-47215 | |
| **Case Name:** KEENAN, DAVID JAMES | |
| **Taxpayer ID #:** \*\*-\*\*\*2552 | |
| **Period Ending:** 09/01/17 | |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | \*\*\*\*921966 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 02/17/17 | | | | |
| 07/14/17 | 10109 | Clerk of the Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 7100-001 | | 14.32 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 87,358.66 | 87,358.66 | $0.00 |
| Less: Bank Transfers | | 82,943.88 | 0.00 | |
| **Subtotal** | | 4,414.78 | 87,358.66 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $4,414.78 | $87,358.66 | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # \*\*\*\*\*\*\*\*88** | 83,809.17 | 865.29 | 0.00 |
| **Checking # \*\*\*\*921966** | 4,414.78 | 87,358.66 | 0.00 |
| | $88,223.95 | $88,223.95 | $0.00 |

{} Asset reference(s)

Printed: 09/01/2017 01:16 PM   V.13.30